### William LATTIMORE, Plaintiff-Appellee,

### v.

### OMAN CONSTRUCTION, Defendant-Appellant,

### Bill White, Defendant.

### No. 85–7790.

United States Court of Appeals, Eleventh Circuit.

Jan. 7, 1987.

Charles K. Howard, Jr., Elarbee, Thompson & Trapnell, Joseph M. Freeman, Atlanta, Ga., William B. Hairston, Jr., Engel, Hairston, Moses & Johanson, Birmingham, Ala., for defendant-appellant.

Fletcher Farrington, Farrington & Abbot, Savannah, Ga., for amici curiae-plaintiff-appellee.

Robert L. Wiggins, Gordon, Silberman, Wiggins & Childs, Birmingham, Ala., for plaintiff-appellee.

758

Jack Drake, Tuscaloosa, Ala., for amici Drake, et al.

Thomas A. Warren, Spriggs & Warren, Tallahassee, Fla., for amici Warren, et al.

Before RONEY, Chief Judge, GODBOLD, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK and EDMONDSON, Circuit Judges *.

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing en banc and majority of the judges of this Court in active service having voted in favor of granting a rehearing en banc.

IT IS ORDERED that the above cause shall be reheard by this Court en banc *with* oral argument during the week of February 23, 1987, on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of en banc briefs. The previous panel's opinion is hereby VACATED.